**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                            CASE NO.  10-26989-BKC-RAM
                                                                  Chapter 7

HERNANDEZ, HARVEY

      Debtor
_____/

### REPORT OF ABANDONMENT

SONEET KAPILA, Trustee in Bankruptcy, hereby reports that the item(s) listed below were abandoned at the debtor's Section 341 meeting of creditors held on 07/23/10:

| Item Abandoned | Name of Lienholder |
|---|---|
| 2006 Suzuki Cruiser | No Lienholder |

Dated:  7/26/2010

/s/ Soneet R. Kapila, Trustee
Soneet R. Kapila, Trustee
Post Office Box  14213
Fort Lauderdale, FL  33302
954-761-8707

Copies furnished to:
    Debtor
    Debtor's Attorney
    Creditors
    U.S. Trustee

---

*Soneet R. Kapila  ·  Federal Bankruptcy Trustee  ·  Southern District of Florida*
*Post Office Box 14213 · Fort Lauderdale, Florida 33302 · Telephone (954) 761-8707 · Facsimile (954) 761-1033*
*www.kapilatrustee.com*