ORDERED in the Southern District of Florida on Aug. 20, 2010



_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

HARVEY HERNANDEZ,   Case No. 10-26989–BKC-RAM
                    Chapter 7
      Debtor.
_____/

**ORDER GRANTING TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO OBJECT TO CLAIMED EXEMPTIONS**

THIS CAUSE came before the Court upon the Chapter 7 Trustee, Soneet R. Kapila's, Agreed Motion for Extension of Time in Which to Object to Claimed Exemptions [ECF No. 31] (the "Motion"). The Court, having reviewed the Motion as well as the file and having been advised that Debtor's counsel does not object to the relief sought in the Motion,

ORDERS as follows:

1. Trustee's Agreed Motion for Extension of Time in Which to Object to Claimed Exemptions [ECF No. 31] is **GRANTED**.

2.  The Trustee's deadline within which to object to the Debtor's claimed exemptions is through and including October 22, 2010.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
Dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for Soneet R. Kapila, Trustee*
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone:    (305) 358-6363
Telefax:       (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.