UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

HARVEY HERNANDEZ,

Case No. 10-26989–BKC-RAM
Chapter 7

Debtor.
______________________________________/

**ORDER GRANTING TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE**

**THIS CAUSE** came before the Court upon SONEET R. KAPILA, the Chapter 7 Trustee's (the "Trustee") Agreed Motion for Extension of Time to File a Complaint Objecting to the Debtor's Discharge [ECF No. ____] (the "Motion"). The Court, having reviewed the Motion as well as the file and having been advised that Debtor's counsel does not object to the relief sought in the Motion,

**ORDERS** as follows:

1. Trustee's Agreed Motion for Extension of Time to File a Complaint Objecting to the Debtor's Discharge [ECF No. _____] is **GRANTED.**


LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363
J:\docs\CLIENTS\8302\8302-1\00768964.WPD

2. The Trustee's deadline within which to file a Complaint objecting to the Debtor's discharge is extended through and including October 22, 2010.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
Dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Attorneys for Soneet R. Kapila, Trustee*
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telefax: (305) 358-1221

**Copies Furnished To:**
Attorney Daniel N. Gonzalez is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.