**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

HARVEY HERNANDEZ,

Debtor.

CASE NO. 10-26989-RAM

CHAPTER 7

_______________________________________ /

**AGREED *EX PARTE* MOTION OF CREDITOR BANK LEUMI USA FOR EXTENSION OF DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR AND/OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

Creditor, Bank Leumi USA ("Bank Leumi"), by undersigned counsel and pursuant to 11 U.S.C. §§ 523 and 727, Federal Rules of Bankruptcy Procedure 4004(b) and 4007(c), and Local Rule 9013-1(C)(6), files this agreed *ex parte* motion for the entry of an Order extending the deadline for Bank Leumi to file a complaint objecting to discharge of the debtor, Harvey Hernandez ("Debtor"), and/or the dischargeability of certain debts of the Debtor, showing the Court as follows:

1. Debtor is a debtor under the provisions of Chapter 7 of Title 11 of the United States Code, having filed a voluntary petition on June 16, 2010.

2. The Section 341 Meeting of Creditors was commenced and concluded on July 23, 2010. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a), the current deadline to file a complaint objecting to the discharge of the Debtor and/or the dischargeability of certain debts of the Debtor is September 21, 2010.

3. On August 6, 2010, counsel for Bank Leumi conducted the initial session of a Rule 2004 examination of the Debtor. The Debtor is in the process of producing additional

documents in response to a request from the chapter 7 trustee, Soneet Kapila. Upon provision of these additional documents, the parties will coordinate to schedule the continued examination of the Debtor under Rule 2004.

4. As the Rule 2004 examination of the Debor has yet to complete, the Debtor has agreed to extend the deadline for Bank Leumi to file a complaint objecting to the discharge of the Debtor and/or the dischargeability of certain debts of the Debtor to October 22, 2010.

5. Based upon the foregoing, good cause exists to extend the deadline for Bank Leumi to file a complaint objecting to the discharge of the Debtor and/or the dischargeability of certain debts of the Debtor to October 22, 2010.

6. The undersigned has conferred with the Debtor's counsel and is authorized to represent to this Court that the Debtor consents to the entry of an Order granting the relief requested herein.

WHEREFORE, Bank Leumi respectfully requests the entry of an Order extending the deadline for Bank Leumi to file a complaint objecting to the discharge of the Debtor and/or the dischargeability of certain debts of the Debtor to October 22, 2010, and for such other and further relief the Court deems just and proper.

**SHUTTS & BOWEN LLP**
*Attorneys for Bank Leumi USA*
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 415-9873

By: */s/ Stephen P. Drobny*
Stephen P. Drobny
Florida Bar No. 55732

**CERTIFICATE OF COMPLIANCE**

**I HERBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 20th day of September, 2010.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

## Electronic Mail Notice List

- Michael S Budwick mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Stephen P. Drobny sdrobny@shutts.com, mvandenbosch@shutts.com
- Soneet Kapila trustee@kapilaco.com, FL68@ecfcbis.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- D Jean Ryan ryandunncourtmail@ryan-dunn.com
- Robert A. Schatzman robert.schatzman@gray-robinson.com, jenny.reyes@gray-robinson.com

## Manual Notice List

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146