

**ORDERED in the Southern District of Florida on September 21, 2010.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

HARVEY HERNANDEZ,

    Debtor.

CASE NO. 10-26989-RAM

CHAPTER 7

_____/

**ORDER GRANTING AGREED *EX PARTE* MOTION OF CREDITOR BANK
LEUMI USA FOR EXTENSION OF DEADLINE TO FILE A COMPLAINT
OBJECTING TO DISCHARGE OF THE DEBTOR AND/OR TO
<u>DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS</u>**

**THIS MATTER** came before the Court without hearing upon the agreed *ex parte* motion of creditor, Bank Leumi USA ("Bank Leumi"), for extension of the deadline to file a complaint objecting to the discharge of the debtor, Harvey Hernandez ("Debtor"), and/or to determine the dischargeability of certain debts of the Debtor ("Motion") [C.P. # 40]. Upon consideration of the

Motion, the Debtor having consented to the relief requested therein, good cause appearing, and the Court being otherwise fully advised in the premises, it is

    **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    The deadline for creditor, Bank Leumi USA, to file a complaint objecting to discharge of the Debtor and/or to the dischargeability of certain debts of the Debtor, under 11 U.S.C. §§ 523 and/or 727, is extended to October 22, 2010.

###

Submitted by:

Stephen P. Drobny, Esq.  
Shutts & Bowen LLP  
1500 Miami Center  
201 South Biscayne Blvd.  
Miami, Florida 33131  
sdrobny@shutts.com  
(305) 347-7362

Attorney Drobny is directed to serve a copy of this order on all required parties and to file a Certificate of Service.