UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                          Chapter 7

HARVEY HERNANDEZ,                                              Case No. 10-26989-RAM


            Debtor.
_____/

### NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM* OF RECORDS CUSTODIAN OF BANKATLANTIC BANCORP, INC.

Creditor Bank Leumi USA ("Bank Leumi"), by undersigned counsel, directs the Records Custodian of BankAtlantic Bancorp, Inc., to produce and deliver, **on or before 5:00 PM on November 9, 2010,** all of the documents described on Schedule A attached to this Notice of Rule 2004 Examination *Duces Tecum* to the following location:

Shutts & Bowen, LLP
Attn: Stephen P. Drobny, Esq.
1500 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131

Unless otherwise agreed, if the examinee receives this notice less than 7 days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Florida), the examination will be rescheduled, upon timely request, to a mutually agreeable date and time.

The examination is being taken pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1. Pursuant to Local Rule 2004-1, no order shall be necessary. The scope of the examination shall be as described in Rule 2004.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  October 12, 2010

        SHUTTS & BOWEN LLP
        *Attorneys for Bank Leumi*
        1500 Miami Center
        201 S. Biscayne Boulevard
        Miami, Florida 33131
        Telephone:  305-358-6300
        Facsimile:   305-415-9873
        sdrobny@shutts-law.com

By: /s/ *Stephen P. Drobny*
     Stephen P. Drobny
     Florida Bar No. 55732
     Harris J. Koroglu
     Florida Bar No. 32597

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed on the attached Service List via ECF or first class U.S. Mail on this 12th day of October, 2010.

        /s/ *Stephen P. Drobny*
        Stephen P. Drobny

2

**SERVICE LIST**

**Electronic Mail Notice List**

- Michael S Budwick     mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Stephen P. Drobny     sdrobny@shutts.com, mvandenbosch@shutts.com
- Soneet Kapila     trustee@kapilaco.com, FL68@ecfcbis.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- D Jean Ryan     ryandunncourtmail@ryan-dunn.com
- Robert A. Schatzman     robert.schatzman@gray-robinson.com, jenny.reyes@gray-robinson.com

**Manual Notice List**

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146

MIADOCS 4766545 1

**EXHIBIT "A"**
**(Bank Atlantic)**

I.     **Instructions**

1.    This document request is continuing in nature and when new knowledge or information comes to the attention of BANK ATLANTIC, the information supplied in the answers to the document request shall be supplemented forthwith.

2.    If any documents requested herein have been lost, discarded or destroyed, these documents shall be identified as completely as possible, including:

    (a)    The names of the authors of the document;

    (b)    The names of the persons to whom the documents or copies were sent;

    (c)    The date of the document;

    (d)    The date on which the document was received by each addressee, copyee or its recipients;

    (e)    A description of the nature and subject matter of the document that is as complete as possible;

    (f)    The date on which the document was lost, discarded or destroyed; and

    (g)    The manner in which the document was lost, discarded or destroyed.

3.    With respect to any document that BANK ATLANTIC withholds under claim of privilege, BANK ATLANTIC shall number such documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege.  In addition, BANK ATLANTIC shall provide a statement, signed by an attorney representing BANK ATLANTIC, setting forth as to each such document;

    (a)    The names of the senders of the document;

    (b)    The names of the authors of the document;

    (c)    The names of the persons to whom the document or copies were sent;

    (d)  The job title of every person names in subparagraphs a, b and c above;

    (e)  The date of the document;

    (f)  The date on which the document was received by each addressee, copyee or its recipient;

    (g)  A brief description of the nature and subject matter of the document; and

    (h)  The statute, rule or decision which is claimed to give rise to the privilege.

  4.  The singular and plural forms shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

  5.  "And" and "or" shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise be construed as outside their scope.

## II. Definitions

  For purposes of this production request, the following definitions shall apply:

  1.  "Debtor" shall mean Harvey Hernandez (■■■■■■■■■■), an individual.

  2.  "BANK ATLANTIC" shall mean BankAtlantic Bancorp, Inc., and its subsidiaries, affiliates, related entities, including all subsidiaries, affiliates, or related entities acquired by, merged with, or otherwise affiliated with BankAtlantic Bancorp, Inc. during the relevant periods of inquiry in this subpoena.

  3.  "Support," "evidence," "reference," "concerning," "relate to," relating to," "related to," "referred to," "pertaining to" and "regarding" shall mean anything which directly, or indirectly, concerns, consists of, pertains to, reflects, evidences, describes, sets forth, constitutes, contains, shows, underlies, supports, refers to in any manner, is or was used in the preparation of,

appended to, legally, logically or factually connected with, proves, disproves, or tends to prove or disprove.

## III. Documents Requested

1. All bank account statements, from April 1, 2005 through and including June 16, 2010, for Debtor's bank accounts with BANK ATLANTIC.

2. All bank account statements, from April 1, 2005 through and including June 16, 2010, for all BANK ATLANTIC accounts on which the Debtor is an authorized signatory (whether a personal account or a corporate account), including, but not limited to, the bank accounts of the following entities: (i) **H & H Development Co.**, (ii) **Sorrento Real Estate Group**, (iii) **Real Estate Advisors**, and (iv) **Clarte International Properties**.

3. All wire transfer advices/instructions, from April 1, 2005 through and including June 16, 2010, for transfers from Debtor's bank accounts with BANK ATLANTIC.

4. All wire transfer advices/instructions, from April 1, 2005 through and including June 16, 2010, for transfers from BANK ATLANTIC accounts on which the Debtor is an authorized signatory (whether a personal account or a corporate account), including, but not limited to, the bank accounts of the following entities: (i) **H & H Development Co.**, (ii) **Sorrento Real Estate Group**, (iii) **Real Estate Advisors**, and (iv) **Clarte International Properties**.

5. Copies all checks (front and back) written on Debtor's bank accounts with BANK ATLANTIC during the time period from April 1, 2005 through and including June 16, 2010.

6. Copies all checks (front and back) written on BANK ATLANTIC accounts during the time period from April 1, 2005 through and including June 16, 2010, on which the Debtor is an authorized signatory (whether a personal account or a corporate account), including,

but not limited to, the bank accounts of the following entities: (i) **H & H Development Co.**, (ii) **Sorrento Real Estate Group**, (iii) **Real Estate Advisors**, and (iv) **Clarte International Properties**.

7.      All electronic debits, from April 1, 2005 through and including June 16, 2010, to the Debtor's bank accounts with BANK ATLANTIC.

8.      All electronic debits, from April 1, 2005 through and including June 16, 2010, to accounts at BANK ATLANTIC on which the Debtor is an authorized signatory (whether a personal account or a corporate account), including, but not limited to, the bank accounts of the following entities: (i) **H & H Development Co.**, (ii) **Sorrento Real Estate Group**, (iii) **Real Estate Advisors**, and (iv) **Clarte International Properties**.

MIADOCS 4766480 1