

**ORDERED in the Southern District of Florida on January 03, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO.  10-26989-BKC-RAM |
|  | CHAPTER  7 |
| HARVEY HERNANDEZ, |  |
| Debtor. |  |

**ORDER VACATING ORDER CONTINUING HEARING**

On December 26, 2010, the Court entered an Order denying Camilo A. Lopez and Valentina Lopez's Motion to Quash service or, in the Alternative, Limit Scope of Rule 2004 Examinations ("Motion to Quash"] [DE# 127]. Inadvertently, on December 27, 2010, an Order was entered continuing a hearing on the Motion to Quash [DE# 128]. Therefore, it is -

**ORDERED** that the Order Continuing Hearing on the Motion to

Quash is vacated.

### 

COPIES TO:

Ileana E. Christianson, Esq.
Peter Spindel, Esq.