UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Chapter 7

HARVEY HERNANDEZ,

Debtor(s). Case No. 10-26989-BKC-RAM

_______________________________/

**AMENDED[1] NOTICE OF LIS PENDENS**

TO: MH Real Estate Holdings, LLC, and all others to whom it may concern:

You are notified of the institution of this action by Soneet Kapila as Chapter 7 Bankruptcy Trustee (***"Trustee"***) for the bankruptcy estate of the Debtor, HARVEY HERNANDEZ, effective May 4, 2011, seeking damages, constructive trust, and other relief as a result of the transactions involved in the acquisition of the following real property (***"Property"***) located at 5077 NW 7 Street, Unit 1512, Miami, FL 33126, described as:

> Unit 1512, in Building 4, of BLUE LAGOON, a Condominium, according to the Declaration of Condominium thereof, as recorded in O.R. Book 23710, Page 3703, of the Public Records of Miami-Dade County, Florida, as amended.
>
> Said Condominium being a portion of the following described lands: Tracts A & B of BLUE LAGOON APARTMENTS, according to the Plat thereof, as recorded in Plat Book 153, Page 27, of the Public Records of Miami-Dade County, Florida.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] This Amended Notice of Lis Pendens amends that certain Notice of Lis Pendens recorded in O.R. Book 27625, Page 2330, of the Public Records of Miami-Dade County, Florida and is amended solely to comply with that certain Order Granting In Part and Denying In Part Motion to Dissolve Lis Pendens [ECF No. 251].

No liens or encumbrances shall or may be placed on the Property without the express consent of the Trustee pursuant to § 549 of the United States Bankruptcy Code.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2011, a true and correct copy of the foregoing Amended Notice of Lis Pendens was served via the Court's Notice of Electronic Filing to all Registered Users on the list attached as Exhibit A.

s/ Daniel N. Gonzalez
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
Dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

# Mailing Information for Case 10-26989-RAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Michael S Budwick** mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Ileana Espinosa Christianson** ileana.christianson@gray-robinson.com, jceide@gray-robinson.com;lnegron@gray-robinson.com;ileana.christianson@gray-robinson.com
- **Stephen P. Drobny** sdrobny@shutts.com, mvandenbosch@shutts.com
- **Daniel N Gonzalez** dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Soneet Kapila** trustee@kapilaco.com, FL68@ecfcbis.com
- **Harris J. Koroglu** hkoroglu@shutts.com, jgoodwin@shutts.com
- **James B Miller** bkcmiami@gmail.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar** luis.salazar@izhmlaw.com, karina.dominguez@izhmlaw.com;linda.jackson@izhmlaw.com;kevin.cabrera@izhmlaw.com;vitalia.mera@izhmlaw.com
- **Robert A. Schatzman** robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com
- **Peter D Spindel** peterspindel@gmail.com

Exhibit A