## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | **CASE NO.: 10-26989-BKC-RAM** |
| **HARVEY HERNANDEZ,** | **Chapter 7** |
| Debtor./ | |

### NOTICE OF FILING OF STIPULATION FOR SETTLEMENT

PLEASE TAKE NOTICE that Jerry M. Markowitz, Mediator, hereby files the attached Stipulation

for Settlement.

### CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualification to practice in this court

as set forth in Local Rule 2090-1(A).

Dated: June 29, 2011

**MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
*Counsel to the Mediator*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156-7849
Telephone: (305) 670-5000
Facsimile: (305) 670-5011

By: ___/s/ Jerry M. Markowitz_____
JERRY M. MARKOWITZ (FBN: 182420)
E-mail: jmarkowitz@mrthlaw.com

Copies to:

Harvey Hernandez
c/o James B. Miller, Esq.
EM: jbm@title11law.com

Soneet Kapila
c/o Daniel N. Gonzalez, Esq.
EM: dgonzalez@melandrussin.com

Bank Leumi
c/o Stephen Drobny, Esq.
EM:    sdrobny@shutts.com

Briarrose
c/o Juan Martinez, Esq.
EM:  Juan.Martinez@gray-robinson.com

MH Real Estate Holdings -and-
REF Broward
c/o Luis Salazar, Esq.
EM:    luis.salazar@izhmlaw.com

@PFDesktop\::ODMA/MHODMA/MIA3;MDRT;234448;2

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement ("*Stipulation*") is entered into on this 24 day of June 2011, by and among (a) Soneet Kapila, in his capacity as Chapter 7 Trustee ("*Trustee*") of the estate of Harvey Hernandez and (b) Harvey Hernandez ("*Mr. Hernandez*" and/or the *"Debtor"*, together with the Trustee, the "*Parties*").

**WHEREAS** on June 16, 2010, the Debtor filed a Voluntary Petition under Chapter 7 in the United States Bankruptcy Court for the Southern District of Florida under case number 10-26989-RAM (the *"Bankruptcy Case"*)

**WHEREAS** the Trustee filed an adversary proceeding in the Bankruptcy Case under case number 11-01956-RAM, for declaratory judgment to determine the validity and extent of investments in certain real property, constrictive trust, turnover, recovery of fraudulent transfers, and alter ego (the *"Transfer Adversary"*).

**WHEREAS** the Trustee filed an adversary proceeding in the Bankruptcy Case under case number 11-02015-RAM objecting to the Debtor's discharge under 11 U.S.C. § 727 (the *"Discharge Adversary"*).

**WHEREAS** Briarrose Investment, Ltd. filed an adversary proceeding in the Bankruptcy Case under case number 11-02014-RAM, objecting to the Debtor's discharge and for determination of non-dischargeability.

**WHEREAS** Bank Leumi USA intends to file a complaint for non-discharge of a debt under 11 U.S.C. §523(a)(2)(A) and for denial of a discharge under 11 U.S.C. § 727(a)(4).

**WHEREAS** Vanessa Hernandez Dolan has a domestic support obligation which may exceed $600,000.00.

**WHEREAS** the U.S. Department of Treasury Internal Revenue has filed a secured, priority and unsecured proof of claim, which exceeds $950,000.00.

1

**WHEREAS** the Debtor seeks to dismiss his Bankruptcy Case and pending adversary cases.

**NOW, THEREFORE,** it is stipulated, consented to and agreed, by and among the Parties as follows:

1.    The Parties acknowledge that this Stipulation is a compromise and settlement of a controversy.  No Party admits, and each expressly denies, any liability on its part.

2.    The Debtor shall pay all administrative expenses of the Bankruptcy Case estate, not to exceed $210,000.00.

3.    The Debtor shall pay his pro rata share of mediation fees.

4.    Upon notification to the Bankruptcy Court by the Trustee that all administrative expenses and mediation fees have been paid, the Debtor's Bankruptcy Case shall be dismissed. In addition, at such time, the Transfer Adversary and the Discharge Adversary shall also be dismissed, along with any other adversary proceedings pending at the time.

5.    This Stipulation is subject to Bankruptcy Court approval and upon notice to all creditors.

_____  as attorney for

**Soneet R. Kapila, Chapter 7 Trustee**

_____

**Harvey Hernandez**

mediator

2