

**ORDERED in the Southern District of Florida on September 11, 2011.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In Re:                                                          Case No. 10-26989-RAM
Harvey Hernandez                                   Chapter 7
SSN. xxx-xx-8120

_____ Debtor /


### ORDER VACATING DISCHARGE OF DEBTOR

It has been brought to the attention of the court that a Discharge of Debtor was entered on behalf of the above referenced debtor on September 9, 2011 [Doc. Entry # 328]. A review of the court docket indicates that entry of the discharge order on behalf of the debtor was premature in that a Complaint under 11 USC §727 Objection to Discharge of Debtor, Case No. 11-2014-RAM is currently pending resolution.

Accordingly, it is ORDERED that the Discharge of the Debtor entered on behalf of the debtor on September 9, 2011 [Doc. Entry # 328] is vacated, and this case shall proceed in the normal course.

###

cc: All Parties of Record by Clerk of Court