**ORDERED in the Southern District of Florida on November 11, 2013.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **In re:**<br><br>**HARVEY HERNANDEZ,**<br><br>**Debtor.** | **Case No. 10-26989-RAM**<br><br>**Chapter 7** |

**AGREED ORDER GRANTING, IN PART,**
**MOTION FOR THE ENTRY OF AN ORDER ENFORCING**
**CHARGING LIEN AGAINST VANESSA HERNANDEZ-DOLAN**

THIS MATTER came before the Court for hearing on November 7, 2013 at 2:00 p.m. in Miami, Florida (the "Hearing") upon the *Motion for the Entry of an Order Enforcing Charging Lien Against Vanessa Hernandez-Dolan* [DE # 420][1] (the "Motion") filed by GrayRobinson, P.A. ("GrayRobinson"). The Motion seeks the entry of an order by the Court imposing a

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

charging lien on distributions made to creditor, Vanessa Hernandez-Dolan ("Hernandez-Dolan" and together with GrayRobinson, the "Parties") in the above-captioned chapter 7 case (the "Bankruptcy Case"). The Court, having considered the Motion, having heard the presentation of counsel at the Hearing and being duly advised of the settlement agreement reached between the Parties, hereby

**ORDERS** as follows:

1. The Motion is **GRANTED**, in part.

2. A charging lien in the amount of $15,000.00 is imposed in favor of GrayRobinson against any and all distributions made to Hernandez-Dolan in the Bankruptcy Case.

3. The Chapter 7 Trustee is directed to pay directly to GrayRobinson $15,000.00 of any distribution(s) made to Hernandez-Dolan in the Bankruptcy Case.

4. Within ten (10) days of the entry of a final order granting this Motion, the Parties shall exchange mutual releases of any and all claims, other than claims relating to the enforcement and payment of the charging lien imposed by this Order, the Parties may have against one another relating to the Bankruptcy Case.

5. The Court shall retain jurisdiction over the interpretation, enforcement and implementation of this Order.

# # #

Submitted by:
Robert A. Schatzman, Esq.

[Attorney Schatzman is directed to serve this Order on all appropriate parties and to file a certificate of service with the Clerk of the Court.]