UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                      Case No.: 10-26989-RAM
                                                                            Chapter 7
HARVEY HERNANDEZ

         Debtor
_____/


### TRUSTEE'S AMENDED NOTICE OF FINAL DIVIDENDS TO CREDITORS

     The trustee herein files this Amended Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Amended Final Dividend made to creditors.

     The dividend checks will be mailed to creditors on May 16, 2014. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. Section 347(a) and Local Rule 3011-1.

Dated: May 15, 2014

                                           ___/s/Soneet R. Kapila_____
                                           Soneet R. Kapila, Trustee
                                           Post Office Box 14213
                                           Fort Lauderdale, FL 33302
                                           Phone: 954/761-8707
                                           Fax: 954/761-1033
                                           E-mail: Trustee@kapilaco.com

cc: UST

*Soneet R. Kapila, Federal Bankruptcy Trustee*

*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com*

Printed: 05/15/14 03:21 PM     **Amended Final Distribution Report**     Page: 1

### Case: 10-26989    HERNANDEZ, HARVEY

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 05/10/11 | 100 | Bank Leumi USA<br>c/o Shutts & Bowen LLP<br>1500 Miami Center, 201 S. Biscayne Blvd.<br>Miami, FL 33131<br>&lt;4110-00 Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt; | 1,386,837.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5S | 06/15/11 | 100 | IRS<br>Special Procedures-Insolvency<br>Stop 5760, Po Box 17167<br>Fort Lauderdale, FL 33318<br>&lt;4300-00 Internal Revenue Service Tax Liens (pre-petition)&gt; | 18,224.00 | 18,224.00 | 18,224.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:  100% Paid** | **$1,405,061.07** | **$18,224.00** | **$18,224.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$1,405,061.07** | **$18,224.00** | **$18,224.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/16/10 | 200 | KAPILA & COMPANY<br>&lt;3310-00 Accountant for Trustee Fees (Trustee Firm)&gt; | 70,402.40 | 70,402.40 | 70,402.40 | 0.00 | 0.00 |
| | 06/16/10 | 200 | KAPILA & COMPANY<br>&lt;3320-00 Accountant for Trustee Expenses (Trustee Firm)&gt; | 88.84 | 88.84 | 88.84 | 0.00 | 0.00 |
| | 06/16/10 | 200 | MELAND, RUSSIN & BUDWICK, P.A.<br>3000 SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131<br>&lt;3210-00 Attorney for Trustee Fees (Other Firm)&gt; | 214,534.00 | 214,534.00 | 214,534.00 | 0.00 | 0.00 |
| | 06/16/10 | 200 | MELAND, RUSSIN & BUDWICK, P.A.<br>3000 SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131<br>&lt;3220-00 Attorney for Trustee Expenses (Other Firm)&gt; | 16,702.57 | 16,702.57 | 16,702.57 | 0.00 | 0.00 |
| | 06/16/10 | 200 | PETROGROUP REALTY ADVISORS, INC.<br>THE BILTMORE HOTEL, SUITE 320<br>1200 ANASTASIA AVENUE<br>CORAL GABLES, FL 33134<br>&lt;3711-00 Appraiser for Trustee Fees&gt;<br>PER ORDER DATED APRIL 27, 2012 | 13,450.00 | 13,450.00 | 13,450.00 | 0.00 | 0.00 |
| | 06/16/10 | 200 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE<br>P. O. BOX 14213<br>FORT LAUDERDALE, FL 33302<br>&lt;2100-00 Trustee Compensation&gt; | 57,165.01 | 57,165.01 | 57,165.01 | 0.00 | 0.00 |

Printed: 05/15/14 03:21 PM

# Amended Final Distribution Report

Page: 2

**Case: 10-26989   HERNANDEZ, HARVEY**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | 06/16/10 | 200 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE<br>P. O. BOX 14213<br>FORT LAUDERDALE, FL 33302<br>&lt;2200-00   Trustee Expenses&gt; | 1,320.95 | 1,320.95 | 1,320.95 | 0.00 | 0.00 |
| | | | **Total for Priority 200:   100% Paid** | **$373,663.77** | **$373,663.77** | **$373,663.77** | **$0.00** | **$0.00** |
| | | | **Total for Admin Ch. 7 Claims:** | **$373,663.77** | **$373,663.77** | **$373,663.77** | **$0.00** | **$0.00** |

**Priority Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 13 | 01/31/12 | 500 | Vanessa Hernandez-Dolan<br>c/o Victor K. Rones, Esq.,Law Offices<br>of Victor K. Rones, P.A.,16105 N.E. 18th<br>North Miami Beach, FL 33162<br>&lt;5100-00   Domestic Support Obligations&gt;<br>TIMELY FILED.  CLAIMANTS DISTRIBUTION REDUCED BY $15K PER ORDER DATED 11/11/13 | 586,180.00 | 571,180.00 | 571,180.00 | 0.00 | 0.00 |
| 13B | 06/16/10 | 500 | GRAY ROBINSON<br>Robert Schatzman, Esq.<br>401 EAST LAS OLAS BLVD. SUITE 1850<br>FORT LAUDERDALE, FL 33301<br>CHARGING LIEN<br>&lt;5100-00   Domestic Support Obligations&gt;<br>VANESSA HERNANDEZ-DOLAN DISTRIBUTION REDUCED BY $15,000.  PAYMENT PER ORDER DATED 11/11/13 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | | | **Total for Priority 500:   100% Paid** | **$601,180.00** | **$586,180.00** | **$586,180.00** | **$0.00** | **$0.00** |
| 5P | 06/15/11 | 570 | IRS<br>Special Procedures-Insolvency<br>Stop 5760,Po Box 17167<br>Fort Lauderdale, FL 33318<br>&lt;5800-00   Claims of Governmental Units&gt; | 657,086.38 | 657,086.38 | 123,221.40 | 533,864.98 | 0.00 |
| | | | **Priority 570:   18.75269% Paid** | | | | | |
| | | | **Total for Priority Claims:** | **$1,258,266.38** | **$1,243,266.38** | **$709,401.40** | **$533,864.98** | **$0.00** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 05/10/11 | 610 | The Law Firm of Augustin<br>Perez-Cervera<br>815 Ponce De Leon Blvd<br>Ste 301<br>Miami, FL 33134<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 192,000.00 | 192,000.00 | 0.00 | 192,000.00 | 0.00 |
| 3 | 05/20/11 | 610 | Asset Acceptance LLC<br>Po Box 2036<br>Warren, MI 48090<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 11,293.11 | 11,293.11 | 0.00 | 11,293.11 | 0.00 |

...

Printed: 05/15/14 03:21 PM

# Amended Final Distribution Report

Page: 3

Case:  10-26989    HERNANDEZ, HARVEY

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 05/27/11 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 5,080.14 | 5,080.14 | 0.00 | 5,080.14 | 0.00 |
| 5U | 06/15/11 | 610 | IRS<br>Special Procedures-Insolvency<br>Stop 5760,Po Box 17167<br>Fort Lauderdale, FL 33318<br><7100-00   General Unsecured § 726(a)(2)> | 214,425.81 | 214,425.81 | 0.00 | 214,425.81 | 0.00 |
| 6 | 06/29/11 | 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 6,770.80 | 6,770.80 | 0.00 | 6,770.80 | 0.00 |
| 7 | 06/29/11 | 610 | Briarrose Invest, LTD<br>c/o Juan C. Martinez, Esq<br>1221 Brickell Ave,Ste 1650<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 1,668,847.22 | 1,668,847.22 | 0.00 | 1,668,847.22 | 0.00 |
| 8 | 07/05/11 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 10,536.91 | 10,536.91 | 0.00 | 10,536.91 | 0.00 |
| 9 | 07/10/11 | 610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 8,335.31 | 8,335.31 | 0.00 | 8,335.31 | 0.00 |
| 10 | 07/11/11 | 610 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702<br><7100-00   General Unsecured § 726(a)(2)> | 111.11 | 111.11 | 0.00 | 111.11 | 0.00 |
| 11 | 07/13/11 | 610 | Regions Bank<br>c/o Angelo & Banta, P.A.<br>515 East Las Olas Blvd.,Suite 850<br>Fort Lauderdale, FL 33301<br><7100-00   General Unsecured § 726(a)(2)> | 1,425,373.86 | 1,425,373.86 | 0.00 | 1,425,373.86 | 0.00 |
| 12 | 07/14/11 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 3,673.69 | 3,673.69 | 0.00 | 3,673.69 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$3,546,447.96** | **$3,546,447.96** | **$0.00** | **$3,546,447.96** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$3,546,447.96** | **$3,546,447.96** | **$0.00** | **$3,546,447.96** | **$0.00** |
| | | | **Total for Case :** | **$6,583,439.18** | **$5,181,602.11** | **$1,101,289.17** | **$4,080,312.94** | **$0.00** |