# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re: HERNANDEZ, HARVEY

§    Case No. 10-26989-RAM
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

SONEET R. KAPILA, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $16,724.00
*(without deducting any secured claims)*

Assets Exempt: $5,224.00

Total Distribution to Claimants:$727,625.40

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration:$402,875.00

3) Total gross receipts of $ 1,130,500.40 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,130,500.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,325,743.89 | $1,405,061.07 | $18,224.00 | $18,224.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 402,875.00 | 402,875.00 | 402,875.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 1,258,266.38 | 1,243,266.38 | 709,401.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,195,369.03 | 3,546,447.96 | 3,546,447.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $7,521,112.92 | $6,612,650.41 | $5,210,813.34 | $1,130,500.40 |

4)  This case was originally filed under Chapter 7 on June 16, 2010.
The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to
the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the
assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for
each estate bank account, showing the final accounting of the receipts and disbursements of
estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Dated: 07/31/2014                    By: /s/SONEET R. KAPILA, CHAPTER 7 TRUSTEE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 SUZUKI CRUISER BIKE 3,000 MILES (APPROX) | 1129-000 | 5,500.00 |
| SETTLEMENT WITH DEBTOR AND MULTIPLE DEFENDANTS | 1241-000 | 1,125,000.00 |
| Interest Income | 1270-000 | 0.40 |
| **TOTAL GROSS RECEIPTS** | | $1,130,500.40 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank Leumi USA | 4110-000 | 1,325,743.89 | 1,386,837.07 | 0.00 | 0.00 |
| 5S | IRS | 4300-000 | N/A | 18,224.00 | 18,224.00 | 18,224.00 |
| **TOTAL SECURED CLAIMS** | | | $1,325,743.89 | $1,405,061.07 | $18,224.00 | $18,224.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 57,165.01 | 57,165.01 | 57,165.01 |
| SONEET R. KAPILA, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 1,320.95 | 1,320.95 | 1,320.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| MELAND, RUSSIN & BUDWICK, P.A. | 3210-000 | N/A | 214,534.00 | 214,534.00 | 214,534.00 |
| MELAND, RUSSIN & BUDWICK, P.A. | 3220-000 | N/A | 16,702.57 | 16,702.57 | 16,702.57 |
| KAPILA & COMPANY | 3310-000 | N/A | 70,402.40 | 70,402.40 | 70,402.40 |
| KAPILA & COMPANY | 3320-000 | N/A | 88.84 | 88.84 | 88.84 |
| PETROGROUP REALTY ADVISORS, INC. | 3711-000 | N/A | 13,450.00 | 13,450.00 | 13,450.00 |
| STAMPLER AUCTIONS | 3620-000 | N/A | 300.00 | 300.00 | 300.00 |
| STAMPLER AUCTIONS | 3711-000 | N/A | 500.00 | 500.00 | 500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 9.90 | 9.90 | 9.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 459.08 | 459.08 | 459.08 |
| KAPILA & COMPANY | 2990-000 | N/A | 869.01 | 869.01 | 869.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.14 | 39.14 | 39.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 601.98 | 601.98 | 601.98 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 294.76 | 294.76 | 294.76 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 507.82 | 507.82 | 507.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 567.46 | 567.46 | 567.46 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 741.98 | 741.98 | 741.98 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,023.20 | 1,023.20 | 1,023.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,137.72 | 1,137.72 | 1,137.72 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 1,503.14 | 1,503.14 | 1,503.14 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 168.01 | 168.01 | 168.01 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 1,363.43 | 1,363.43 | 1,363.43 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 888.90 | 888.90 | 888.90 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,048.68 | 1,048.68 | 1,048.68 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 896.61 | 896.61 | 896.61 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 953.22 | 953.22 | 953.22 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,363.91 | 1,363.91 | 1,363.91 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,350.50 | 1,350.50 | 1,350.50 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,217.77 | 1,217.77 | 1,217.77 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,433.02 | 1,433.02 | 1,433.02 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,300.43 | 1,300.43 | 1,300.43 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,255.06 | 1,255.06 | 1,255.06 |
| SPACE PLUS SELF STORAGE | 2410-000 | N/A | 169.01 | 169.01 | 169.01 |
| Rabobank, N.A. | 2600-000 | N/A | 1,426.04 | 1,426.04 | 1,426.04 |
| Rabobank, N.A. | 2600-000 | N/A | 1,207.73 | 1,207.73 | 1,207.73 |
| Rabobank, N.A. | 2600-000 | N/A | 1,421.54 | 1,421.54 | 1,421.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $402,875.00 | $402,875.00 | $402,875.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | IRS | 5800-000 | unknown | 657,086.38 | 657,086.38 | 123,221.40 |
| 13 | Vanessa Hernandez-Dolan | 5100-000 | N/A | 586,180.00 | 571,180.00 | 571,180.00 |
| 13B | GRAY ROBINSON | 5100-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,258,266.38 | $1,243,266.38 | $709,401.40 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | The Law Firm of Augustin Perez-Cervera | 7100-000 | N/A | 192,000.00 | 192,000.00 | 0.00 |
| 3 | Asset Acceptance LLC | 7100-000 | 5,080.14 | 11,293.11 | 11,293.11 | 0.00 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 5,080.14 | 5,080.14 | 0.00 |
| 5U | IRS | 7100-000 | 0.00 | 214,425.81 | 214,425.81 | 0.00 |
| 6 | Midland Funding LLC | 7100-000 | 6,731.80 | 6,770.80 | 6,770.80 | 0.00 |
| 7 | Briarrose Invest, LTD | 7100-000 | 1,619,041.10 | 1,668,847.22 | 1,668,847.22 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 10,536.91 | 10,536.91 | 10,536.91 | 0.00 |
| 9 | Midland Funding LLC | 7100-000 | 8,158.76 | 8,335.31 | 8,335.31 | 0.00 |
| 10 | Verizon Wireless | 7100-000 | 111.11 | 111.11 | 111.11 | 0.00 |
| 11 | Regions Bank | 7100-000 | 1,425,373.86 | 1,425,373.86 | 1,425,373.86 | 0.00 |
| 12 | GE Money Bank | 7100-000 | 3,589.69 | 3,673.69 | 3,673.69 | 0.00 |
| NOTFILED | BMW Financial Services | 7100-000 | 1,070.00 | N/A | N/A | 0.00 |
| NOTFILED | BMW Financial Services | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,236.00 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Marquez | 7100-000 | 2,550,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 2,515.19 | N/A | N/A | 0.00 |
| NOTFILED | Shutts & Bowen | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Trans Union Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 8,419.53 | N/A | N/A | 0.00 |
| NOTFILED | Innovis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James W. Carpenter c/o Angelo & Banta, P.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,944.26 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern National Bank | 7100-000 | 192,814.55 | N/A | N/A | 0.00 |
| NOTFILED | Applerouth, Farah & Co. | 7100-000 | 8,076.75 | N/A | N/A | 0.00 |
| NOTFILED | AUDI FINANCIAL SERVICES | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Alkairina Corp. | 7100-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 299.38 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,195,369.03 | $3,546,447.96 | $3,546,447.96 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-26989-RAM | **Trustee:** (290860) SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:** HERNANDEZ, HARVEY | **Filed (f) or Converted to (c):** 06/16/10 (f) |
| | **§341(a) Meeting Date:** 07/23/10 |
| **Period Ending:** 07/31/14 | **Claims Bar Date:** 07/29/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>    EXEMPT | 10.00 | 0.00 | | 0.00 | FA |
| 2 | MERCANTIL BANK ACCOUNT #8506<br>    EXEMPT | 389.00 | 0.00 | | 0.00 | FA |
| 3 | EASTERN NATIONAL BANK  BANK ACCOUNT<br>#4206<br>    EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 4 | COCONUT GROVE BANK SAVINGS ACCOUNT<br>    EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSIT WITH LOT 20 RIVERA, LLC | 6,500.00 | 0.00 | | 0.00 | FA |
| 6 | LOT 20 RIVERA LLC SECURITY DEPOSIT | 6,500.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS AND FURNISHINGS<br>    EXEMPT | 2,640.00 | 0.00 | | 0.00 | FA |
| 8 | BOOKS AND ART OBJECTS<br>    EXEMPT | 75.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL<br>    EXEMPT | 125.00 | 0.00 | | 0.00 | FA |
| 10 | FURS AND JEWELRY<br>    EXEMPT | 80.00 | 0.00 | | 0.00 | FA |
| 11 | FIREARMS AND HOBBY EQUIPMENT<br>    EXEMPT | 5.00 | 0.00 | | 0.00 | FA |
| 12 | INTERESTS IN VARIOUS BUSINESS ENTITIES<br>    SEE ASSET NUMBERS 14 THROUGH 42 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2006 SUZUKI CRUISER BIKE 3,000 MILES<br>(APPROX) - Partially Exempt<br>    NOTICE OF SALE DATED 1/4/2011<br>REPORT OF SALE DATED 2/7/2011 | 1,500.00 | 5,500.00 | | 5,500.00 | FA |
| 14 | INTEREST IN BIRD ROAD HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | INTEREST IN H & H DEVELOPMENT AT BIRD<br>ROAD, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16 | INTEREST IN GROVENOR 2202, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17 | INTEREST IN H & H DEVELOPMENT AT GALLERY | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 10-26989-RAM

Case Name: HERNANDEZ, HARVEY

Period Ending: 07/31/14

Trustee:  (290860)  SONEET R. KAPILA, CHAPTER 7 TRUSTEE

Filed (f) or Converted to (c): 06/16/10 (f)

§341(a) Meeting Date: 07/23/10

Claims Bar Date: 07/29/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | ART | | | | | |
| 18 | INTEREST IN H & H DEVELOPMENT AT MEDITERRANEA | 0.00 | 0.00 | | 0.00 | FA |
| 19 | INTEREST IN H & H DEVELOPMENT CO AT SOLARIS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20 | INTEREST IN H & H DEVELOPMENT AT 430 HIBISCUS | 0.00 | 0.00 | | 0.00 | FA |
| 21 | INTEREST IN H & H DEVELOPMENT CO | 0.00 | 0.00 | | 0.00 | FA |
| 22 | INTEREST IN GALLERY ART INVESTMENT, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 | INTEREST IN 500 DIXIE HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24 | INTEREST IN HHD GROUP OF FLORIDA, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | INTEREST IN HH-430 HIBISCUS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26 | INTEREST IN HH-430 HIBISCUS GP LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27 | INTEREST IN CYBER WAREHOUSE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 28 | INTEREST IN 473 MENDOZA, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29 | INTEREST IN THE 100 DOUGLAS OFFICE CONDOMINIUM | 0.00 | 0.00 | | 0.00 | FA |
| 30 | INTEREST IN VILLA CALABRIA LLC | 0.00 | 0.00 | | 0.00 | FA |
| 31 | INTEREST IN GABLES VIEW APARTMENTS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 32 | INTEREST IN MED INVESTMENTS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 33 | INTEREST IN H & H LE JEUNE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 34 | INTEREST IN SORRENTO REAL ESTATE GROUP, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 35 | INTEREST IN SOLARIS HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 36 | INTEREST IN TEAMWORK CONSTRUCTION GROUPL, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 37 | INTEREST IN FGH HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 38 | INTEREST IN COCO PARC APARTMENTS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 39 | INTEREST IN CPHH HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-26989-RAM | Trustee: (290860) SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| Case Name: HERNANDEZ, HARVEY | Filed (f) or Converted (c): 06/16/10 (f) |
| | §341(a) Meeting Date: 07/23/10 |
| Period Ending: 07/31/14 | Claims Bar Date: 07/29/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 40 | INTEREST IN CENTRAL PARC HOLDINGS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 41 | INTEREST IN JADE 903, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 42 | INTEREST IN BIRD ROAD LLC | 0.00 | 0.00 | | 0.00 | FA |
| 43 | BANK ATLANTIC BANK ACCOUNT #2924 (u)<br>ON AMENDED SCH. B | Unknown | 0.00 | | 0.00 | FA |
| 44 | MERRYL LYNCH ACCOUNT #7A83 (u)<br>ON AMENDED SCH. B | Unknown | 0.00 | | 0.00 | FA |
| 45 | EASTERN NATIONAL BANK ACCOUNT WITH M.<br>HERNANDEZ (u)<br>ON AMENDED SCH. B | Unknown | 0.00 | | 0.00 | FA |
| 46 | INTEREST IN 1790 CORAL WAY, LLC (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 47 | INTEREST IN REAL ESTATE ADVISORS, INC. (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 48 | INTEREST IN MEDITERRANEA, LLC (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 49 | INTEREST IN 473 MENDOZA, LLC (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 50 | INTEREST IN GALLERY ART HOLDING, LLC (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 51 | INTEREST IN CLARTE INTERNATIONAL<br>PROPERTIES, LLC (u)<br>ON AMENDED SCH. B | 0.00 | 0.00 | | 0.00 | FA |
| 52 | SETTLEMENT WITH DEBTOR AND MULTIPLE<br>DEFENDANTS (u) | 1,100,000.00 | 1,100,000.00 | | 1,125,000.00 | FA |
| 53 | VOID (u) | 0.00 | 0.00 | | 0.00 | FA |
| 54 | BOXES OF RECORDS (u)<br>NOTICE OF ABANDONMENT FILED ON<br>OCTOBER 30, 2013 | 0.00 | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.40 | FA |
| 55 | **Assets Totals** (Excluding unknown values) | **$1,118,224.00** | **$1,105,500.00** | | **$1,130,500.40** | **$0.00** |

Printed: 07/31/2014 02:47 PM    V.13.15

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 10-26989-RAM | **Trustee:** | (290860)    SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Case Name:**    HERNANDEZ, HARVEY | **Filed (f) or Converted (c):** | 06/16/10 (f) |
| | **§341(a) Meeting Date:** | 07/23/10 |
| **Period Ending:** 07/31/14 | **Claims Bar Date:** | 07/29/11 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

CBD: 7/29/2011

CLAIMS REVIEW: COMPLETE

TAX RETURN STATUS: COMPLETE

TRUSTEE HIRED PETER RUSSIN, ESQ. AS COUNSEL TO THE ESTATE.  COUNSEL AND THE TRUSTEE NEGOTIATED A SETTLEMENT WITH THE DEBTOR AND VARIOUS ADVERSARY DEFENDANTS .

TFR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012          **Current Projected Date Of Final Report (TFR):**    January 10, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-26989-RAM
**Case Name:** HERNANDEZ, HARVEY

**Taxpayer ID #:** 38-6954582
**Period Ending:** 07/31/14

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-98841456-65 - Checking Account
**Blanket Bond:** $10,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/11 | {13} | AUCTIONS ON WHEELS, INC. | PAYMENT PER NOTICE OF SALE DATED 1/4/2011 | 1129-000 | 5,500.00 | | 5,500.00 |
| 02/17/11 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 300.00 | 5,200.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,200.03 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.07 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.11 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,200.19 |
| 07/26/11 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 500.00 | 4,700.19 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,700.22 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.90 | 4,690.32 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,690.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,665.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,665.38 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,640.38 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,640.41 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,615.41 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,615.44 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,590.44 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,590.47 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,565.47 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,565.49 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 4,565.50 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,540.50 |
| 02/03/12 | {52} | MH REAL ESTATE HOLDINGS | PAYMENT PER ORDER DATED 1/31/2012 | 1241-000 | 253,437.20 | | 257,977.70 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 459.08 | 257,518.62 |
| 03/05/12 | {52} | REAL ESTATE ADVISORS, INC. | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 70,052.00 | | 327,570.62 |
| 03/06/12 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 900.00 | 326,670.62 |
| 03/27/12 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 191,000.00 | 135,670.62 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 601.98 | 135,068.64 |
| 04/10/12 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 200.00 | 134,868.64 |
| 04/23/12 | {52} | INFANTE ZUMPANO | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 80,352.40 | | 215,221.04 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 294.76 | 214,926.28 |
| 05/17/12 | 1001 | PETROGROUP REALTY ADVISORS, INC. | PAYMENT OF PROFESSIONAL FEES PER ORDER DATED 4/27/2012 | 3711-000 | | 13,450.00 | 201,476.28 |
| 05/23/12 | {52} | INFANTE ZUMPANO SALAZAT MILOCH | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 57,805.39 | | 259,281.67 |

Subtotals : $467,147.39   $207,865.72

{} Asset reference(s)

Printed: 07/31/2014 02:47 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  10-26989-RAM
Case Name:  HERNANDEZ, HARVEY

Taxpayer ID #:  38-6954582
Period Ending:  07/31/14

Trustee:  SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860)
Bank Name:  The Bank of New York Mellon
Account:  9200-98841456-65 - Checking Account
Blanket Bond:  $10,000,000.00  (per case limit)
Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/12 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 105.00 | 259,176.67 |
| 05/31/12 | | To Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | | 500.00 | 258,676.67 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 507.82 | 258,168.85 |
| 06/14/12 | {52} | INFANTE ZUMPANO SALAZAR, LLC | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 2,967.00 | | 261,135.85 |
| 06/15/12 | {52} | MH REAL ESTATE | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 46,068.72 | | 307,204.57 |
| 06/25/12 | {52} | MH REAL ESTATE | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 32,820.91 | | 340,025.48 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 567.46 | 339,458.02 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 741.98 | 338,716.04 |
| 08/09/12 | {52} | MH REAL ESTATE HOLDINGS, LLC | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 122,488.07 | | 461,204.11 |
| 08/10/12 | {52} | MH REAL ESTATE HOLDINGS | PAYMENT PER ORDER DATED 1/31/2012 | 1241-000 | 122,488.07 | | 583,692.18 |
| 08/10/12 | {52} | MH REAL ESTATE ADVISORS | PAYMENT PER ORDER DATED 1/31/2012 | 1241-000 | 87,443.79 | | 671,135.97 |
| 08/10/12 | {52} | MH REAL ESTATE ADVISORS | REVERSAL OF DUPLICATE ENTRY | 1241-000 | -122,488.07 | | 548,647.90 |
| 08/17/12 | {52} | SALAZAR JACKSON LLP | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 6,636.00 | | 555,283.90 |
| 08/27/12 | | To Account #92009884145666 | | 9999-000 | | 500.00 | 554,783.90 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,023.20 | 553,760.70 |
| 09/11/12 | {52} | CITY NATIONAL BANK MIAMI | PAYMENT PER ORDER DATED 1/31/2012 | 1241-000 | 53,921.00 | | 607,681.70 |
| 09/26/12 | {52} | MICASA TITLE SERVICES, INC. | PAYMENT PER ORDER DATED 1/31/2012 | 1241-000 | 60,157.40 | | 667,839.10 |
| 09/28/12 | {52} | SUNTRUST BANK | PAYMENT PER ORDER | 1241-000 | 150.00 | | 667,989.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,137.72 | 666,851.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,503.14 | 665,348.24 |
| 11/27/12 | | From Account #92009884145666 | TRANSFER OF FUNDS | 9999-000 | 115.69 | | 665,463.93 |
| 11/27/12 | 1002 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 03/06/12 | 2410-000 | | 168.01 | 665,295.92 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,363.43 | 663,932.49 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029086088 20121220 | 9999-000 | | 663,932.49 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 879,915.97 | 879,915.97 | $0.00 |
| Less: Bank Transfers | 115.69 | 857,937.49 |
| **Subtotal** | 879,800.28 | 21,978.48 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$879,800.28** | **$21,978.48** |

{} Asset reference(s)

Printed: 07/31/2014 02:47 PM  V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-26989-RAM | |
| **Case Name:** HERNANDEZ, HARVEY | |
| **Taxpayer ID #:** 38-6954582 | |
| **Period Ending:** 07/31/14 | |

| | |
|---|---|
| **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-98841456-66 - Checking Account |
| **Blanket Bond:** | $10,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/11 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 300.00 | | 300.00 |
| 02/17/11 | 101 | STAMPLER AUCTIONS | PAYMENT PER ORDER DATED 2/15/2011 | 3620-000 | | 300.00 | 0.00 |
| 07/26/11 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 500.00 | | 500.00 |
| 07/26/11 | 102 | STAMPLER AUCTIONS | PAYMENT PER ORDER DATED 7/25/2011 | 3711-000 | | 500.00 | 0.00 |
| 03/06/12 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 900.00 | | 900.00 |
| 03/06/12 | 103 | KAPILA & COMPANY | REIMBURSEMENT OF EXPENSES PER ORDER DATED 3/6/12 | 2990-000 | | 869.01 | 30.99 |
| 03/27/12 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 191,000.00 | | 191,030.99 |
| 03/27/12 | 104 | MELAND, RUSSIN & BUDWICK, P.A. | PAYMENT OF 70% OF PROFESSIONAL FEES. PER ORDER DATED 3/21/12 | 3210-000 | | 121,598.40 | 69,432.59 |
| 03/27/12 | 105 | MELAND, RUSSIN & BUDWICK, P.A. | PAYMENT OF EXPENSES. PER ORDER DATED 3/21/12 | 3220-000 | | 14,239.41 | 55,193.18 |
| 03/27/12 | 106 | KAPILA & COMPANY | PAYMENT OF 80% OF PROFESSIONAL FEES PER ORDER DATED 3/21/12 | 3310-000 | | 54,943.84 | 249.34 |
| 03/27/12 | 107 | KAPILA & COMPANY | PAYMENT OF EXPENSES PER ORDER DATED 3/21/12 | 3320-000 | | 47.43 | 201.91 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.14 | 162.77 |
| 04/10/12 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 200.00 | | 362.77 |
| 04/10/12 | 108 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 193.76 |
| 05/02/12 | 109 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 24.75 |
| 05/31/12 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 105.00 | | 129.75 |
| 05/31/12 | | From Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | 500.00 | | 629.75 |
| 05/31/12 | 110 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 460.74 |
| 07/13/12 | 111 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 291.73 |
| 08/17/12 | 112 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 122.72 |
| 08/27/12 | | From Account #92009884145665 | | 9999-000 | 500.00 | | 622.72 |
| 08/27/12 | 113 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 453.71 |
| 10/15/12 | 114 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 284.70 |
| 11/06/12 | 115 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 115.69 |
| 11/27/12 | | To Account #92009884145665 | TRANSFER OF FUNDS | 9999-000 | | 115.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 194,005.00 | 194,005.00 | $0.00 |
| Less: Bank Transfers | 194,005.00 | 115.69 | |
| **Subtotal** | **0.00** | **193,889.31** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$193,889.31** | |

{} Asset reference(s)

Printed: 07/31/2014 02:47 PM    V.13.15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-26989-RAM
**Case Name:** HERNANDEZ, HARVEY

**Taxpayer ID #:** 38-6954582
**Period Ending:** 07/31/14

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860)
**Bank Name:** Rabobank, N.A.
**Account:** 5001432966 - Checking Account
**Blanket Bond:** $10,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 663,932.49 | | 663,932.49 |
| 12/28/12 | 11003 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 663,763.48 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 888.90 | 662,874.58 |
| 01/25/13 | 11004 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 662,705.57 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,048.68 | 661,656.89 |
| 02/19/13 | 11005 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 661,487.88 |
| 02/21/13 | {52} | LINDA JACKSON / CITIBANK | PAYMENT PER ORDER DATED 2/20/13 - PENALTY FOR EXTENSION OF PAYMENTS | 1241-000 | 25,000.00 | | 686,487.88 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 896.61 | 685,591.27 |
| 03/19/13 | 11006 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 685,422.26 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 953.22 | 684,469.04 |
| 04/01/13 | {52} | SALAZAR JACKSON, LLP / CITIBANK | PAYMENT PER ORDER DATED 1/31/12 | 1241-000 | 225,700.12 | | 910,169.16 |
| 04/22/13 | 11007 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 910,000.15 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,363.91 | 908,636.24 |
| 05/22/13 | 11008 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 908,467.23 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,350.50 | 907,116.73 |
| 06/19/13 | 11009 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 906,947.72 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,217.77 | 905,729.95 |
| 07/22/13 | 11010 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 | 2410-000 | | 169.01 | 905,560.94 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,433.02 | 904,127.92 |
| 08/20/13 | 11011 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 - SPACE 4390 | 2410-000 | | 169.01 | 903,958.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,300.43 | 902,658.48 |
| 09/25/13 | 11012 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 - SPACE 4390 | 2410-000 | | 169.01 | 902,489.47 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,255.06 | 901,234.41 |
| 10/22/13 | 11013 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 - SPACE 4390 | 2410-000 | | 169.01 | 901,065.40 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,426.04 | 899,639.36 |
| 11/20/13 | 11014 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 - SPACE 4390 Stopped on 05/15/14 | 2410-000 | | 169.01 | 899,470.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,207.73 | 898,262.62 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,421.54 | 896,841.08 |
| 03/03/14 | 11015 | IRS | FINAL DISTRIBUTION | 4300-000 | | 18,224.00 | 878,617.08 |

Subtotals :  $914,632.61  $36,015.53

{} Asset reference(s)

Printed: 07/31/2014 02:47 PM    V.13.15

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-26989-RAM | |
| **Case Name:** HERNANDEZ, HARVEY | |
| | |
| **Taxpayer ID #:** 38-6954582 | |
| **Period Ending:** 07/31/14 | |

| | |
|---|---|
| **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | 5001432966 - Checking Account |
| **Blanket Bond:** | $10,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/14 | 11016 | KAPILA & COMPANY | Dividend paid 100.00% on $70,402.40, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 15,458.56 | 863,158.52 |
| 03/03/14 | 11017 | KAPILA & COMPANY | Dividend paid 100.00% on $88.84, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 41.41 | 863,117.11 |
| 03/03/14 | 11018 | MELAND, RUSSIN & BUDWICK, P.A. | Dividend paid 100.00% on $214,534.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 92,935.60 | 770,181.51 |
| 03/03/14 | 11019 | MELAND, RUSSIN & BUDWICK, P.A. | Dividend paid 100.00% on $16,702.57, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 2,463.16 | 767,718.35 |
| 03/03/14 | 11020 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend paid 100.00% on $57,165.01, Trustee Compensation;  Reference: | 2100-000 | | 57,165.01 | 710,553.34 |
| 03/03/14 | 11021 | SONEET R. KAPILA, CHAPTER 7 TRUSTEE | Dividend paid 100.00% on $1,320.95, Trustee Expenses;  Reference: | 2200-000 | | 1,320.95 | 709,232.39 |
| 03/03/14 | 11022 | Vanessa Hernandez-Dolan | FINAL DISTRIBUTION | 5100-000 | | 571,180.00 | 138,052.39 |
| 03/03/14 | 11023 | GRAY ROBINSON | FINAL DISTRIBUTION | 5100-000 | | 15,000.00 | 123,052.39 |
| 03/03/14 | 11024 | IRS | FINAL DISTRIBUTION | 5800-000 | | 123,052.39 | 0.00 |
| 05/15/14 | 11014 | SPACE PLUS SELF STORAGE | PAYMENT PER ORDER DATED 3/6/12 - SPACE 4390<br>Stopped: check issued on 11/20/13 | 2410-000 | | -169.01 | 169.01 |
| 05/15/14 | 11025 | IRS | FINAL DISTRIBUTION | 5800-000 | | 169.01 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 914,632.61 | 914,632.61 | $0.00 |
| Less: Bank Transfers | 663,932.49 | 0.00 |
| **Subtotal** | **250,700.12** | **914,632.61** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$250,700.12** | **$914,632.61** |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-26989-RAM | |
| Case Name: | HERNANDEZ, HARVEY | |
| Taxpayer ID #: | 38-6954582 | |
| Period Ending: | 07/31/14 | |

| | |
|---|---|
| Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE (290860) |
| Bank Name: | Rabobank, N.A. |
| Account: | 5001432967 - Checking Account |
| Blanket Bond: | $10,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 1,130,500.40 |
| Net Estate : | $1,130,500.40 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-98841456-65 | 879,800.28 | 21,978.48 | 0.00 |
| Checking # 9200-98841456-66 | 0.00 | 193,889.31 | 0.00 |
| Checking # 5001432966 | 250,700.12 | 914,632.61 | 0.00 |
| Checking # 5001432967 | 0.00 | 0.00 | 0.00 |
| | $1,130,500.40 | $1,130,500.40 | $0.00 |

{} Asset reference(s)

Printed: 07/31/2014 02:47 PM    V.13.15