**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on September 24, 2014**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–26989–RAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Harvey Hernandez
5140 Riviera Drive
Coral Gables, FL 33146

SSN: xxx–xx–8120

## FINAL DECREE

The trustee, Soneet Kapila, having filed a final report that the estate has been fully administered, is discharged and the case is closed.